IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01178-RPM

MORTGAGE NETWORK, INC., a Massachusetts corporation,

       Plaintiff,

v.

ROBERT ALLAN GIVAN and
ROBERT KELLY KITTRELL,

       Defendants.
_____

ORDER DISMISSING FOURTH THROUGH SEVENTH CLAIMS FOR RELIEF
_____

       In this civil action, the defendant Robert Allan Givan appeared *pro se* in filing an answer on June 30, 2008. On July 15, 2008, defendant Robert Kittrell, through counsel, filed a motion to dismiss or for more definite statement. The plaintiff filed its response to the Kittrell motion on August 4, 2008. Defendant Kittrell filed a reply on August 19, 2008. Upon review of the complaint, filed June 4, 2008, and upon the review of the papers filed supporting and opposing the Kittrell motion, the Court finds and concludes that the complaint fails to state claims for relief in what are designated as the fourth through seventh claims for relief. While defendant Givan has not filed a motion to dismiss, the claims are insufficient with respect to him as well. It is therefore

       ORDERED that pursuant to Fed.R.Civ.P. 12(b)(6), the fourth through seventh claims for relief of the complaint are dismissed.

       DATED: August 20th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge