IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01178-RPM

MORTGAGE NETWORK, INC., a Massachusetts corporation,

      Plaintiff,

v.

ROBERT ALLAN GIVAN and
ROBERT KELLY KITTRELL,

      Defendants.
_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **October 16, 2008, at 2:30 p.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on October 9, 2008.**

      The conference is conducted with counsel only and no parties or representatives of parties

will be permitted to attend.

      DATED: September 5th, 2008

                        BY THE COURT:

                        s/ Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge