IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01178-RPM

MORTGAGE NETWORK, INC., a Massachusetts corporation,

    Plaintiff,

v.

ROBERT ALLAN GIVAN and
ROBERT KELLY KITTRELL,

    Defendants.

_____

ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROBERT ALLAN GIVAN
_____

    Pursuant to the Stipulation for Dismissal Without Prejudice of Robert Allan Givan, filed October 10, 2008 [19], it is

    ORDERED that plaintiff's claims against defendant Robert Allan Givan are dismissed without prejudice and these parties are to bear its and his own costs and attorney's fees incurred.

    DATED: October 14, 2008

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge