# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01178-RPM-KMT

MORTGAGE NETWORK, INC.
 a Massachusetts corporation,

 Plaintiff,

v.

ROBERT KELLY KITTRELL

 Defendant

___

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
AND DISMISSING CASE WITH PREJUDICE**
___

 Upon consideration of the Parties' Stipulation for Dismissal With Prejudice ("Stipulation") [26], filed on March 30, 2009, it is

 ORDERED that Plaintiff's claims are dismissed with prejudice, with each party to bear their own costs and attorney fees.

 DATED this 31st day of March, 2009.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Honorable Richard P. Matsch
        Senior District Judge, United States District Court